# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SHERYL SIPES | : | No. 228 WAL 2022 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| UPMC JEFFERSON REGIONAL HOME | : | |
| HEALTH, LP (WORKERS' | : | |
| COMPENSATION APPEAL BOARD) | : | |
| | : | |
| | : | |
| PETITION OF: SHERYL SIPES | : | |

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 3rd day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.